IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-02450-ZLW-KLM

DIANE LEBER,

    Plaintiff,

v.

ANHEUSER-BUSCH INCORPORATED,

    Defendant.

---

## ORDER

---

This matter is before the Court on the Stipulation Of Dismissal (Doc. # 11) filed by the parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

The Court hereby ORDERS that all claims Plaintiff has pending against Defendant are dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

DATED: April __16__, 2008

                                      BY THE COURT:

                                      _____
                                      ZITA L. WEINSHIENK, Senior Judge
                                      United States District Court